MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
JAN 1 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ALEJANDRO VEGA-ORTIZ, <br><br> Defendant. | CASE NO. 1:18-CR-00005 DAD BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 11, 2018, charging the above defendant with 8 U.S.C. §§ 1326(a) and (b)(2) – Deported Alien Found in the United States, allegation be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

///

///

///

///

1  pursuant thereto, except when necessary for the issuance and execution of the warrant.

2  DATED: January 10, 2018                     MCGREGOR W. SCOTT
                                                Respectfully submitted,

                                                United States Attorney

                                         By    /s/ Laura Withers
                                                LAURA D. WITHERS
                                                Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: January 10, 2018                         /s/ Sheila K. Oberto
                                                SHEILA K. OBERTO
                                                U.S. Magistrate Judge