1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:18-CR-00005-DAD-BAM

12                  Plaintiff,         ORDER TO
                                       UNSEAL INDICTMENT
13           v.

14 JOSE ALEJANDRO VEGA-ORTIZ,

15                  Defendant.

16

17     The Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

18 Criminal Procedure.

19     IT IS HEREBY ORDERED that the case be unsealed and be made public record.

20

21 DATED:  2/1/18                       _____
                                        HON. ERICA P. GROSJEAN
22                                      UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Indictment          2