HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ALEJANDRO VEGA-ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-0005 DAD-BAM |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | |
| JOSE ALEJANDRO VEGA-ORTIZ, | DATE: February 26, 2018<br>TIME: 1:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff, and Assistant Federal Defender Andrew Wong, Counsel for Defendant Jose Alejandro Vega-Ortiz, that the status conference set for March 26, 2018 **may be advanced to February, 26 2018 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe.

///

///

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | MCGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 21, 2018 | | By: | */s/ Laura Withers*<br>LAURA WITHERS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 21, 2018 | | By: | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ALEJANDRO VEGA-ORTIZ |

**O R D E R**

**IT IS SO ORDERED that the 1st Status Conference is advanced from March 26, 2018 to February 26, 2018 at 1:00PM before Judge McAuliffe.**

IT IS SO ORDERED.

Dated: **February 22, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE